IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| ERICA CHAVEZ , | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | Civil Action No.____7:15-cv-487____ |
| STATE FARM LLOYDS, | § | |
| *Defendants*. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## EXHIBIT 1

Page **1** of **1**



## LAW

| 713.337.4100 | 1010 LAMAR, SUITE 200 | 713.337.4101 |
| TELEPHONE | HOUSTON, TEXAS 77002 | FACSIMILE |

JOSH DAVIS
josh@thejdfirm.com
*Board Certified in Personal Injury Trial Law*
*By the Texas Board of Legal Specialization*

May 27, 2015

**_Via Facsimile (844) 236-3646_**
Sylvia Garza
State Farm Lloyds
P.O. Box 106169
Atlanta, GA 30348-6169

| Re: | Our Client: | Erica Chavez |
| | Claim No.: | 53-587P-759 |
| | Date of Loss: | May 28, 2014 |

Dear Ms. Garza:

Please accept this letter and the attached damage model and estimate as my client's final demand regarding the above referenced claim. Please find enclosed:

1. Chavez Damage Model; and,

2. RJ Molina Estimating Estimate.

State Farm's failure to abide by the terms of the referenced policy (the "Policy") led to a relatively small roof replacement claim growing into a large claim—as happens when insurance companies refuse to insure a covered loss in Texas. As you know, the TEXAS INSURANCE CODE provides significant statutory penalties when an insurance company fails to pay a claim. The attached damage model highlights those penalties. Based on State Farm's failures—and my client's resulting damages that include attorneys' fees and expert fees—my client demands **$40,776.74** to resolve her claims. This figure accounts for my client's deductible of $1,566.00. Because my client is alleging breach of contract, I am not withholding depreciation in the damage model. These claims—in

JOSH DAVIS LAW FIRM

Sylvia Garza
May 27, 2015
Page 2

which State Farm has violated the TEXAS INSURANCE CODE and the clear terms of the Policy—require full resolution.

State Farm found $6,531.60 worth of damage attributable to the May 28, 2014 hailstorm. This finding is shown to be completely inaccurate based on RJ Molina's inspection and the attached photographs. In particular, State Farm found that the roof's damage could be repaired for $3,172.21. However RJ Molina's inspection of the same roof shows $11,926.95 worth of damage. The pricing discrepancies between the two estimates are clear when comparing the claimed cost of materials to repair the roof's shingles. Specifically, State Farm claims the cost to purchase the roof's shingles is a mere $1,780.67. Yet, an in-depth inspection and estimate done by RJ Molina values this same cost at $6,070.53. The shingle cost discrepancy is just one of the many discrepancies found in the two conflicting estimates.

Based on RJ Molina's estimate, State Farm has severely underestimated the damage to the property. State Farm fails to offer any evidence of its investigation that could attribute the property's damage to some non-covered loss event.

Based on State Farm's violations of the INSURANCE CODE thus far, along with a very credible estimate from RJ Molina Estimating I fully expect a jury to pay fair value for this claim. My client was required to retain multiple experts and an attorney to fight for the policy proceeds State Farm is required to pay under the Policy. My client demands **$40,776.74** to resolve her claims, payable to Erica Chavez & Joshua P. Davis, P.C., d/b/a Josh Davis Law Firm by **June 26, 2015**. If we have not received payment by that date this settlement demand is withdrawn and we will file suit.

If you have any comments or concerns, please do not hesitate to contact me at (713) 337-4100.

With best wishes,

/s/ J.P. Davis

Joshua P. Davis

JPD:kr
Enclosures

## Chavez Damage Model

| | |
|---|---|
| RJ Molina Estimate | $25,459.58 |
| State Farm Deductible | $1,566.00 |
| State Farm Payment to Chavez | $2,008.74 |
| Total Policy Claims | $21,884.84 |
| | |
| 18% Penalty | $809.44 |
| | |
| Mental Anguish | $5,000.00 |
| | |
| Attorney's Fees | $11,537.71 |
| Taxable Court Costs | $1,150.00 |
| Pre-Judgment Interest | $394.75 |
| | |
| Total: | $40,776.74 |

## R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

Insured:     Erica Chavez
Property:    6597 FM 1430
             Rio Grande City, TX 78582

Estimator:   Robert                                Business:   (786) 547-8486
Company:     R J Molina Estimating
Business:    6816 Moccasin Dr.
             Plano, TX 75023

Claim Number:                     Policy Number:                Type of Loss: HAIL

Date Contacted:   1/29/2015
Date of Loss:     5/28/2014       Date Received:   1/29/2015
Date Inspected:   2/2/2015        Date Entered:    2/2/2015 3:57 PM

Price List:   TXMC8XA_JAN15
              Restoration/Service/Remodel
Estimate:     WWPA-CHAVEZ_ERICA

## R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

### WWPA-CHAVEZ_ERICA

#### Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt | 23.33 SQ | 56.98 | 0.00 | 0.00 | 265.86 | 1,595.20 |
| 2. 3 tab - 25 yr. - composition shingle roofing - incl. felt | 26.00 SQ | 0.00 | 187.76 | 177.01 | 1,011.76 | 6,070.53 |
| 3. R&R Sheathing - plywood - 1/2" CDX | 200.00 SF | 0.40 | 1.85 | 13.20 | 92.64 | 555.84 |
| For soft areas on roof. | | | | | | |
| 4. Asphalt starter - peel and stick | 225.00 LF | 0.00 | 1.70 | 11.32 | 78.76 | 472.58 |
| 5. R&R Ridge cap - composition shingles | 73.00 LF | 1.70 | 4.01 | 6.20 | 84.60 | 507.63 |
| 6. R&R Roof vent - turtle type - Metal | 1.00 EA | 6.40 | 45.40 | 1.29 | 10.62 | 63.71 |
| 7. Flashing - pipe jack | 1.00 EA | 0.00 | 28.52 | 0.59 | 5.82 | 34.93 |
| 8. R&R Roof vent - turbine type | 1.00 EA | 6.40 | 110.86 | 4.53 | 24.36 | 146.15 |
| 9. Meter mast for overhead power - Detach & reset | 1.00 EA | 0.00 | 420.17 | 0.00 | 84.04 | 504.21 |
| 10. Digital satellite system - Detach & reset | 1.00 EA | 0.00 | 26.76 | 0.00 | 5.36 | 32.12 |
| 11. Digital satellite system - alignment and calibration only | 1.00 EA | 0.00 | 80.27 | 0.00 | 16.06 | 96.33 |
| 12. R&R Drip edge | 225.00 LF | 0.24 | 1.74 | 11.51 | 91.40 | 548.41 |
| 13. Paint drip edge | 225.00 EA | 0.00 | 1.10 | 0.00 | 49.50 | 297.00 |
| 14. Tarp - all-purpose poly - per sq ft (labor and material) | 1,800.00 SF | 0.00 | 0.45 | 25.25 | 167.06 | 1,002.31 |
| Tarp material. | | | | | | |
| Totals: Roof | | | | 250.90 | 1,987.84 | 11,926.95 |

#### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 15. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 593.51 | 0.00 | 0.00 | 118.70 | 712.21 |
| 16. Residential Supervision / Project Management - per hour | 16.00 HR | 0.00 | 60.36 | 0.00 | 193.16 | 1,158.92 |
| 17. Roofer - per hour | 8.00 HR | 0.00 | 85.50 | 0.00 | 136.80 | 820.80 |
| 18. Taxes, insurance, permits & fees (Bid item) | 1.00 EA | | | | | 120.00 |
| Totals: General | | | | 0.00 | 448.66 | 2,691.93 |

WWPA-CHAVEZ_ERICA                                                        2/9/2015          Page: 2

## R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

### Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 19. R&R Fascia - 1" x 4" - #3 cedar | 60.00 LF | 0.24 | 4.51 | 3.22 | 57.64 | 345.86 |
| 20. R&R 1" x 2" lumber (.167 BF per LF) | 60.00 LF | 0.61 | 1.78 | 1.09 | 28.90 | 173.39 |
| 21. R&R Soffit - wood | 150.00 SF | 0.22 | 4.79 | 15.72 | 153.44 | 920.66 |
| 22. Prime & paint exterior fascia - wood, 4"- 6" wide | 225.00 LF | 0.00 | 1.32 | 2.60 | 59.92 | 359.52 |
| 23. Prime & paint exterior soffit - wood | 452.00 SF | 0.00 | 1.78 | 12.68 | 163.46 | 980.70 |
| 24. R&R Aluminum window, single hung 4-8 sf (2 pane w/thermal) | 1.00 EA | 16.09 | 251.88 | 13.31 | 56.26 | 337.54 |
| 25. Window screen, 1 - 9 SF | 5.00 EA | 0.00 | 28.81 | 8.56 | 30.54 | 183.15 |

| Totals: Exterior | | | | 57.18 | 550.16 | 3,300.82 |
|---|---|---|---|---|---|---|

### Main Level



| Living Room | | Height: 8' |
|---|---|---|
| 489.33 SF Walls | 185.50 SF Ceiling | |
| 674.83 SF Walls & Ceiling | 185.50 SF Floor | |
| 20.61 SY Flooring | 59.67 LF Floor Perimeter | |
| 68.67 LF Ceil. Perimeter | | |

| Subroom: Room1 (1) | | Height: 8' |
|---|---|---|
| 224.01 SF Walls | 97.78 SF Ceiling | |
| 321.79 SF Walls & Ceiling | 97.78 SF Floor | |
| 10.86 SY Flooring | 25.67 LF Floor Perimeter | |
| 39.67 LF Ceil. Perimeter | | |

| Missing Wall - Goes to Floor | 5' X 6' 8" | Opens into DINING_ROOM |
|---|---|---|
| Missing Wall - Goes to Floor | 9' X 6' 8" | Opens into LIVING_ROOM |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 26. Contents - move out then reset | 2.00 EA | 0.00 | 42.77 | 0.00 | 17.10 | 102.64 |
| 27. Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 138.14 | 0.00 | 27.62 | 165.76 |
| 28. Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 0.00 | 10.56 | 0.00 | 4.22 | 25.34 |
| 29. R&R 5/8" drywall - hung, taped, floated, ready for paint | 64.00 SF | 0.30 | 1.75 | 2.48 | 26.74 | 160.42 |

WWPA-CHAVEZ_ERICA      2/9/2015      Page: 3

### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

**CONTINUED - Living Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 30. R&R 1/2" drywall - hung, taped, floated, ready for paint | 32.00 SF | 0.30 | 1.64 | 1.06 | 12.64 | 75.78 |
| 31. R&R Blown-in insulation - 16" depth - R44 | 64.00 SF | 0.83 | 1.28 | 4.59 | 27.92 | 167.55 |
| 32. Water Extraction & Remediation - Labor Minimum | 1.00 EA | 0.00 | 112.63 | 0.00 | 22.52 | 135.15 |
| 33. Apply anti-microbial agent | 283.28 SF | 0.00 | 0.19 | 0.47 | 10.86 | 65.15 |
| 34. Scrape the ceiling & prep for paint | 283.28 SF | 0.00 | 0.48 | 0.23 | 27.24 | 163.44 |
| 35. Texture drywall - heavy hand texture | 283.28 SF | 0.00 | 0.64 | 2.34 | 36.72 | 220.36 |
| 36. Mask and prep for paint - plastic, paper, tape (per LF) | 108.33 LF | 0.00 | 1.18 | 1.97 | 25.96 | 155.76 |
| 37. Floor protection - self-adhesive plastic film | 283.28 SF | 0.00 | 1.18 | 3.04 | 67.46 | 404.77 |
| 38. Seal the walls and ceiling w/latex based stain blocker - one coat | 996.62 SF | 0.00 | 0.50 | 5.76 | 100.82 | 604.89 |
| 39. Paint the ceiling - two coats | 283.28 SF | 0.00 | 0.77 | 4.21 | 44.46 | 266.80 |
| 40. R&R Paneling | 713.34 SF | 0.22 | 1.94 | 38.84 | 315.92 | 1,895.57 |
| 41. Paint baseboard - two coats | 85.33 LF | 0.00 | 1.12 | 0.77 | 19.28 | 115.62 |

| Totals: Living Room | | | | 65.76 | 787.48 | 4,725.00 |
|---|---|---|---|---|---|---|



**Dining Room**                                                                **Height: 8'**

356.00 SF Walls                          165.00 SF Ceiling
521.00 SF Walls & Ceiling                165.00 SF Floor
18.33 SY Flooring                        43.00 LF Floor Perimeter
52.00 LF Ceil. Perimeter

| **Missing Wall - Goes to Floor** | 5' X 6' 8" | | **Opens into ROOM1** | | | |
|---|---|---|---|---|---|---|
| **Missing Wall - Goes to Floor** | 4' X 6' 8" | | **Opens into Exterior** | | | |
| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
| 42. Contents - move out then reset | 1.00 EA | 0.00 | 42.77 | 0.00 | 8.56 | 51.33 |
| 43. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 10.56 | 0.00 | 2.12 | 12.68 |
| 44. R&R 5/8" drywall - hung, taped, floated, ready for paint | 32.00 SF | 0.30 | 1.75 | 1.24 | 13.36 | 80.20 |
| 45. R&R 1/2" drywall - hung, taped, floated, ready for paint | 64.00 SF | 0.30 | 1.64 | 2.11 | 25.26 | 151.53 |
| 46. R&R Blown-in insulation - 16" depth - R44 | 32.00 SF | 0.83 | 1.28 | 2.30 | 13.98 | 83.80 |

WWPA-CHAVEZ_ERICA                                      2/9/2015              Page: 4

### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 47.  R&R Batt insulation - 6" - R19 - paper faced | 64.00 SF | 0.22 | 0.94 | 2.96 | 15.46 | 92.66 |
| 48.  Apply anti-microbial agent | 236.20 SF | 0.00 | 0.19 | 0.39 | 9.06 | 54.33 |
| 49.  Scrape the ceiling & prep for paint | 165.00 SF | 0.00 | 0.48 | 0.14 | 15.86 | 95.20 |
| 50.  Texture drywall - heavy hand texture | 165.00 SF | 0.00 | 0.64 | 1.36 | 21.40 | 128.36 |
| 51.  Mask and prep for paint - plastic, paper, tape (per LF) | 52.00 LF | 0.00 | 1.18 | 0.94 | 12.46 | 74.76 |
| 52.  Floor protection - self-adhesive plastic film | 165.00 SF | 0.00 | 1.18 | 1.77 | 39.30 | 235.77 |
| 53.  Seal the walls and ceiling w/latex based stain blocker - one coat | 521.00 SF | 0.00 | 0.50 | 3.01 | 52.70 | 316.21 |
| 54.  Paint the ceiling - two coats | 165.00 SF | 0.00 | 0.77 | 2.45 | 25.92 | 155.42 |
| 55.  R&R Paneling | 356.00 SF | 0.22 | 1.94 | 19.38 | 157.66 | 946.00 |
| 56.  Paint baseboard - two coats | 43.00 LF | 0.00 | 1.12 | 0.39 | 9.72 | 58.27 |
| Totals:  Dining Room | | | | 38.44 | 422.82 | 2,536.52 |
| Total: Main Level | | | | 104.20 | 1,210.30 | 7,261.52 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 57.  Framing labor minimum | 1.00 EA | 0.00 | 38.26 | 0.00 | 7.66 | 45.92 |
| 58.  Heat, vent, & air cond. labor minimum | 1.00 EA | 0.00 | 133.61 | 0.00 | 26.72 | 160.33 |
| 59.  Window labor minimum | 1.00 EA | 0.00 | 60.09 | 0.00 | 12.02 | 72.11 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 46.40 | 278.36 |
| Line Item Totals: WWPA-CHAVEZ_ERICA | | | | 412.28 | 4,243.36 | 25,459.58 |

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,069.34 | SF Walls | 448.28 | SF Ceiling | 1,517.62 | SF Walls and Ceiling |
| 448.28 | SF Floor | 49.81 | SY Flooring | 128.33 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 160.33 | LF Ceil. Perimeter |
| 448.28 | Floor Area | 490.89 | Total Area | 1,069.34 | Interior Wall Area |
| 819.33 | Exterior Wall Area | 94.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

WWPA-CHAVEZ_ERICA

2/9/2015        Page: 5

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 20,803.94 |
| Material Sales Tax | 412.28 |
| Subtotal | 21,216.22 |
| Overhead | 2,121.68 |
| Profit | 2,121.68 |
| **Replacement Cost Value** | **$25,459.58** |
| **Net Claim** | **$25,459.58** |

Robert

### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

## Recap by Room

| | | |
|---|---:|---:|
| **Estimate: WWPA-CHAVEZ_ERICA** | | |
| Roof | 9,688.21 | 46.57% |
| General | 2,243.27 | 10.78% |
| Exterior | 2,693.48 | 12.95% |
| | | |
| **Area: Main Level** | | |
| Living Room | 3,871.76 | 18.61% |
| Dining Room | 2,075.26 | 9.98% |
| | | |
| Area Subtotal: Main Level | 5,947.02 | 28.59% |
| Labor Minimums Applied | 231.96 | 1.11% |
| | | |
| **Subtotal of Areas** | 20,803.94 | 100.00% |
| | | |
| **Total** | 20,803.94 | 100.00% |

WWPA-CHAVEZ_ERICA                                      2/9/2015        Page: 7

## R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

### Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CONTENT MANIPULATION | 128.31 | 0.50% |
| GENERAL DEMOLITION | 2,680.45 | 10.53% |
| DRYWALL | 612.34 | 2.41% |
| ELECTRICAL | 420.17 | 1.65% |
| ELECTRICAL - SPECIAL SYSTEMS | 107.03 | 0.42% |
| FRAMING & ROUGH CARPENTRY | 145.06 | 0.57% |
| HEAT, VENT & AIR CONDITIONING | 165.29 | 0.65% |
| INSULATION | 183.04 | 0.72% |
| LABOR ONLY | 965.76 | 3.79% |
| LIGHT FIXTURES | 138.14 | 0.54% |
| PANELING & WOOD WALL FINISHES | 2,074.52 | 8.15% |
| PAINTING | 3,530.11 | 13.87% |
| ROOFING | 7,187.27 | 28.23% |
| SOFFIT, FASCIA, & GUTTER | 989.10 | 3.88% |
| TEMPORARY REPAIRS | 810.00 | 3.18% |
| WINDOWS - ALUMINUM | 251.88 | 0.99% |
| WINDOW REGLAZING & REPAIR | 144.05 | 0.57% |
| WINDOWS - WOOD | 60.09 | 0.24% |
| WATER EXTRACTION & REMEDIATION | 211.33 | 0.83% |
| O&P Items Subtotal | 20,803.94 | 81.71% |
| Material Sales Tax | 412.28 | 1.62% |
| Overhead | 2,121.68 | 8.33% |
| Profit | 2,121.68 | 8.33% |
| Total | 25,459.58 | 100.00% |

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

1   DSC00726
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Front elevation



2   DSC00727
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Right elevation



### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

3  DSC00728
Date Taken: 1/29/2014
Taken By: Robert Molina

Left elevation



4  DSC00740
Date Taken: 1/29/2014
Taken By: Robert Molina

Rear elevation



## R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

5    DSC00747
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Single layer with starter.



6    DSC00748
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Shingle gauge



12c1514709983WPSDZDM4 Received 5/27/2015 10:36:03 AM [Central Daylight Time]

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

7   DSC00749
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    4/12 pitch



8   DSC00750
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Front lower gable



**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

9   DSC00751
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Right slope



10   DSC00752
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Left slope



### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

11  DSC00754
   Date Taken: 1/29/2014
   Taken By: Robert Molina

   Wind damaged shingles.



12  DSC00755
   Date Taken: 1/29/2014
   Taken By: Robert Molina

   Wind damaged shingles.



12c1514709986WPSDZDM4 Received 5/27/2015 10:36:03 AM [Central Daylight Time]

### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

13  DSC00756
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Wind damaged shingles.



14  DSC00757
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Wind damaged shingles.



WWPA-CHAVEZ_ERICA                                    2/9/2015        Page: 15

### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

15  DSC00758
Date Taken: 1/29/2014
Taken By: Robert Molina

Wind damaged shingles.



16  DSC00759
Date Taken: 1/29/2014
Taken By: Robert Molina

Wind and debris damaged shingles.



12c1514709988WPSDZDM4 Received 5/27/2015 10:36:03 AM [Central Daylight Time]

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

17   DSC00760
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Right slope with 10+ impacts per
     square.



18   DSC00761
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Hail to shingles.



### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

19   DSC00762
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Hail to shingles.



20   DSC00763
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Hail to shingles.



**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

21   DSC00764
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Left slope with 10+ impacts per
     square.



22   DSC00765
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Hail to shingles.



**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

23   DSC00766
Date Taken: 1/29/2014
Taken By: Robert Molina

Hail to shingles.



24   DSC00767
Date Taken: 1/29/2014
Taken By: Robert Molina

Hail to shingles.



12c1514709992WPSDZDM4 Received 5/27/2015 10:36:03 AM [Central Daylight Time]

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

25  DSC00768
Date Taken: 1/29/2014
Taken By: Robert Molina

Hail to shingles.



26  DSC00769
Date Taken: 1/29/2014
Taken By: Robert Molina

Debris damage to shingles.



### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

27   DSC00770
Date Taken: 1/29/2014
Taken By: Robert Molina

Wind damage to shingles.



28   DSC00771
Date Taken: 1/29/2014
Taken By: Robert Molina

Wind damaged shingles.



WWPA-CHAVEZ_ERICA                              2/9/2015        Page: 22

## R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

29   DSC00772
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Water damage to fascia.



30   DSC00773
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Water damaged fascia.



**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

31   DSC00742
Date Taken: 1/29/2014
Taken By: Robert Molina

Wind damage to soffit.



32   DSC00741
Date Taken: 1/29/2014
Taken By: Robert Molina

Wind damage to soffit.



WWPA-CHAVEZ_ERICA

2/9/2015        Page: 24

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

33   DSC00743
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Wind damage to fascia.



34   DSC00736
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Front patio with water damage to
     ceiling.



WWPA-CHAVEZ_ERICA                                    2/9/2015        Page: 25

### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

35  DSC00737
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Window screen observed missing.



36  DSC00738
    Date Taken: 1/29/2014
    Taken By: Robert Molina

    Window screen observed missing.



WWPA-CHAVEZ_ERICA                                2/9/2015        Page: 26

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

37   DSC00739
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Hail damage to vinyl bead.



38   DSC00744
     Date Taken: 1/29/2014
     Taken By: Robert Molina

     Window screen observed missing.



No. 2647   P. 32/36

May. 27. 2015 10:58AM

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

39   DSC00745
Date Taken: 1/29/2014
Taken By: Robert Molina

Window screen observed missing.



40   DSC00729
Date Taken: 1/29/2014
Taken By: Robert Molina

Living Room



2/9/2015                    Page: 28

WWPA-CHAVEZ_ERICA

12c1514710000WPSDZDM4 Received 5/27/2015 10:36:03 AM [Central Daylight Time]

### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

41   DSC00731
Date Taken: 1/29/2014
Taken By: Robert Molina

Water damage to drywall and
paneling.



42   DSC00732
Date Taken: 1/29/2014
Taken By: Robert Molina

Close up water damage to drywall and
paneling.



WWPA-CHAVEZ_ERICA                              2/9/2015        Page: 29

### R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

43   DSC00733
Date Taken: 1/29/2014
Taken By: Robert Molina

Dining Room



44   DSC00734
Date Taken: 1/29/2014
Taken By: Robert Molina

Water damaged drywall.



**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

45   DSC00735
Date Taken: 1/29/2014
Taken By: Robert Molina

Water damage to paneling.



May. 27. 2015 11:00AM          No. 2647   P. 36/36



Main Level

Page: 32

2/9/2015

Dining Room

Room1 (1)

Living Room