# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **ERICA CHAVEZ** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **VS.** | § | Civil Action No. 7:15-cv-487 |
| | § | |
| **STATE FARM LLOYDS,** | § | |
|     **Defendant.** | § | |

## NOTICE OF APPEAL

Plaintiff, Erica Chavez, appeals to the United States Court of Appeals for the Fifth Circuit from the August 14, 2017 Order Denying Plaintiff's Motion for New Trial [Doc. No. 71].

Respectfully submitted,

**DAVIS LAW GROUP**

By:    */s/ J.P. Davis*
      Joshua P. Davis
      State Bar No. 24055379
      Federal Bar No. 1109971
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100/Phone
(713) 337-4101 /Fax
*josh@thejdfirm.com*

**Attorney-in-Charge for Plaintiff**

**Of Counsel:**
Katherine Ray
State Bar No. 24091634
Federal Bar No. 2627670
*katie@thejdfirm.com*

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing has been served on all parties and/or counsel of record via ECF in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on August 16, 2017 as follows:

Charles W. Downing
Dan K. Worthington
Sofia A. Ramon
ATLAS, HALL & RODRIGUEZ, LLP
P.O. Box 3725
818 Pecan (78501)
McAllen, Texas 78502

                                              /s/ *J.P. Davis*
                                          Joshua P. Davis